STATE v. COOPER

No. 82P00

Case below: 136 N.C.App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. CUMMINGS

No. 4A95-2

Case below: Brunswick County Superior Court

350 N.C. 839

Petition by defendant to rehear the denial of a petition for a writ of certiorari to reveiw an order of the Brunswick County Superior Court pursuant to Rule 31 dismissed 6 April 2000.

STATE v. DAVIDSON

No. 4P00

Case below: 136 N.C.App. 232

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. DAVIS

No. 103P00

Case below: 136 N.C.App. 668

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.

STATE v. DEESE

No. 80P00

Case below: 136 N.C.App. 413

Motion by Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 6 April 2000. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 2000.